HELEN BERGMANS, as Administratrix of the Estate of JOSEPH C. BERGMANS, Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 31038.)

Submitted April 11, 1955; decided April 14, 1955.

*Philip Korn* for motion.

No one opposed.

Motion granted.